

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-2451 JMC
Historical Records Containing Cell Site Information )
Concerning Target Mobile Phone Number 443-789-9507 )
That is Stored At Premises Controlled by AT&T )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A of Affidavit (incorporated by reference).

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |

FILED   LOGGED   ENTERED   RECEIVED
AUG 0 6 2019
BY CLERK, U.S. DISTRICT COURT AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

The application is based on these facts:

See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Sean Wilson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/24/19

*Judge's signature*

City and state: Baltimore, Maryland     J. Mark Coulson, U. S. Magistrate Judge
*Printed name and title*