

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 19-2451 JMC |
| Historical Records Containing Cell Site Information Concerning Target Mobile Phone Number 443-789-9507 That is Stored At Premises Controlled by AT&T | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____8/7/19____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __7/24/19 3:30p__

City and state: __Baltimore, MD__

Judge's signature

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 19-2451 JMC | Date and time warrant executed: 07/25/2019 | Copy of warrant and inventory left with: AT&T Custodian of Record |
| Inventory made in the presence of: Special Agent Sean Wilson |||
| Inventory of the property taken and name of any person(s) seized: |||

See attached list of electronic files received (1 page)

———— FILED ———— ENTERED
———— LOGGED ———— RECEIVED

AUG 0 7 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/5/2019

_____
Executing officer's signature

Special Agent Sean Wilson
Printed name and title

19-2451 JMC

# UNITED STATES CAPITOL POLICE
## Investigations Division
### Receipt for Property

Item(s) listed below were (check one): ____ Collected / Seized, __X__ Received From, ____ Returned To, ____ Released To

Name: AT&T Custodians of Record, Anthony Stuart and Peter Simmer

Address: 11760 US Hwy 1, Suite 300, North Palm Beach, FL 33408

Date: 07/26/2019 & 07/27/2019

| Item Description | Quantity |
|---|---|
| A1-.tif (certification from Anthony Stuart) | 1 |
| ATT_LEA_GUIDE.pdf | 1 |
| Contents_Summary - internet history.txt | 1 |
| Contents_Summary - web history.txt | 1 |
| InternetHistory_179963a7-64fc-457a-8316-ff083071c0cf.csv | 1 |
| WebHistory.4437899507.msp.2453896.txt | 1 |
| ATT_Records_Key.pdf | 2 |
| ReportAU_2776762.pdf | 1 |
| ReportAU_2776762.txt | 1 |
| ReportCT_2776762.pdf | 1 |
| ReportCT_2776762.txt | 1 |
| ReportIMEI_2776762.pdf | 1 |
| ReportIMEI_2776762.txt | 1 |
| ReportLandline_2776762.pdf | 1 |
| ReportLandline_2776762.txt | 1 |
| A1-.tif (certification from Peter Simmer) | 1 |
| ReportAU_2776862.pdf | 1 |
| ReportAU_2776862.txt | 1 |
| ReportCAPM_2776862.pdf | 1 |
| ReportCAPM_2776862.txt | 1 |
| ReportCT_2776862.pdf | 1 |
| ReportCT_2776862.txt | 1 |
| ReportIMEI_2776862.pdf | 1 |
| ReportIMEI_2776862.txt | 1 |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 07 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

SIGNATURE: [signature]   DATE: 8/5/2019

SIGNATURE OF WITNESS: ___   DATE: ___

Page __1__ of __1__

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to records and location information associated with the cellular telephone assigned call number **(443) 789-9507**, with service provided by AT&T, subscribed to by Darryl Albert VARNUM at address 313 Barnes Avenue, Westminster, Maryland 21157 **(Target Mobil Phone)**, that is within the possession, custody, or control of AT&T, a wireless telephone service provider that accepts service of process at AT&T, North Palm Beach, Florida.

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 07 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be Disclosed by AT&T**

To the extent that the information described in Attachment A is within the possession, custody, or control of AT&T, including any information that has been deleted but is still available to AT&T or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), AT&T is required to disclose to the government the following information pertaining to the Account listed in Attachment A for **June 26, 2019**:

   a. The following information about the customers or subscribers of the Account:
      i. Names (including subscriber names, user names, and screen names);
      ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
      iii. Local and long distance telephone connection records;
      iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
      v. Length of service (including start date) and types of service utilized;
      vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
      vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
      viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.
   b. All records and other information (not including the contents of communications)

relating to wire and electronic communications sent or received by the Account, including:

   i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

   ii. information regarding the cell towers and sectors through which the communications were sent and received.

**II.     Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 875(c) involving Darryl Albert VARNUM on June 26, 2019